DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:12-cv-124-RLV
(5:94-cr-05-RLV-1)

| | |
|---|---|
| ANTHONY GEORGE ROSS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**THIS MATTER** comes before the Court on Petitioner's Motion to File Delayed Memorandum of Law in Support of his § 2255 Motion to Vacate. (Doc. No. 2).

The Court will grant Petitioner's motion, but the Court reminds Petitioner that, pursuant to Rule 2 of the Rules Governing Section 2255 Proceedings, a memorandum of law is not required. If, however, Petitioner does file a memorandum of law, he is further reminded that he may not add claims that would otherwise be barred by the one-year statute of limitation for filing his § 2255 Motion to Vacate. Finally, Petitioner will be entitled an extension of thirty (30) days rather than the sixty (60) days that he seeks.

**IT IS, THEREFORE, ORDERED** that:

(1) Petitioner's Motion to File Delayed Memorandum of Law, (Doc. No. 2), is **GRANTED**.

(2) Petitioner shall have up to and including 30 days from entry of this Order to file his memorandum of law in support of his § 2255 Motion to Vacate.

Signed: August 22, 2012

*[Signature]*

Richard L. Voorhees
United States District Judge